**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT D. KLINE,<br><br>    **Plaintiff(s),**<br><br>    v.<br><br>BANKERS HEALTHCARE GROUP, LLC<br>& ALBERT CRAWFORD,<br><br>    **Defendant(s)/**<br>    **Third-Party Plaintiff(s),**<br><br>    v.<br><br><br><br>    **Third-Party Defendant(s).** | Civil Action No. 1:20-CV-00389-JEJ |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
                                                                (type of party)
who is Bankers Healthcare Group, LLC     makes the following disclosure:
       (name of party)

1. Is the party a non-governmental corporate party?

   ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   There is no such parent company.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   Pinnacle Bank

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/Matthew D. Coble,
Signature of Counsel for Party

Date: March 12, 2020